JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RAUL F. SALDIVAR,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT<br>MANAGEMENT,<br><br>    Defendant. | **Case No.**  2:22-cv-01549-SB-JC<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, RAUL F. SALDIVAR and Defendant MIDLAND CREDIT MANAGEMENT, having filed with this Stipulation for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

The action against MIDLAND CREDIT MANAGEMENT is hereby dismissed with prejudice.  Each party shall bear its own costs and attorney fees.

DATED: June 22, 2022

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge

1